UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARIEL EDUARDO MARCOS ALONSO,
                                    Petitioner,

                    -v-

PAMELA BONDI, *et al.*,
                                    Respondents.

26-CV-2586 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Petitioner Ariel Eduardo Marcos Alonso filed a petition for writ of habeas corpus under

28 U.S.C. § 2241 before this Court in the Southern District of New York. (ECF No. 1.)  Marcos

Alonso's petition alleges that he is currently detained at the Metropolitan Detention Center

("MDC") in Brooklyn, New York, which is in the Eastern District of New York.  (*Id*. ¶ 107.)

Jurisdiction and venue in this habeas corpus action properly lie in the District in which the

petitioner was detained at the time of filing of the petition. *See Ozturk v. Hyde*, 136 F.4th 382,

391 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268, 286-92 (S.D.N.Y. 2025).

To preserve the jurisdiction of this Court and a potential transferee court pending a ruling

on the petition, the Court orders that **Petitioner shall not be removed from the United States**

**absent further order**.  *See, e.g., Khalil v. Joyce*, No. 25-CV-1935, 2025 WL 750599, at *1

(S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g., Du v. United States Dep't of Homeland*

*Sec.*, No. 25-CV-0644, 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court

may temporarily enjoin immigration authorities from deporting individuals if it preserves the

court's jurisdiction over a case or cases.").  Moreover, in light of Petitioner's interests in

participating in further proceedings before this Court and to facilitate resolution of the Petition,

**Respondents shall not transfer Petitioner except to a facility within the Southern District of**

**New York, the Eastern District of New York, or the District of New Jersey absent further order of this Court**.  *See, e.g., Perez y Perez v. Noem*, No. 25-CV-4828, 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a habeas petitioner's transfer pending adjudication of his petition); *see also, e.g., Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205, 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117, 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).  This order will remain in effect unless and until it is vacated or modified by this Court or a transferee court.

If Marcos Alonso was detained at MDC at the time his petition was filed, as his petition alleges, then jurisdiction over his petition lies in the Eastern District of New York.  Accordingly, Respondents are directed to **file a letter by 12:00 p.m. tomorrow, March 31, 2026, stating the location of Petitioner at the time of filing of this Petition**.

SO ORDERED.

Dated: March 30, 2026
       New York, New York

_____
J. PAUL OETKEN
United States District Judge

2