UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARIEL EDUARDO MARCOS ALONSO,<br><br>                              Petitioner,<br><br>          -against-<br><br>PAMELA BONDI, *et al.*,<br><br>                              Respondents. | 26-CV-2586 (JPO)<br><br>ORDER |

J. PAUL OETKEN, United States District Judge:

Petitioner has filed a Petition for a writ of *habeas corpus* under 28 U.S.C. § 2241.

Respondents have confirmed that Petitioner was confined within the Southern District of New

York at the time the petition was filed.  (ECF No. 4.)  The Court, having examined the Petition,

hereby ORDERS that:

(1) Within **two business days of the date of this Order**, Respondents shall file a letter with the following information:

   a. Petitioner's A-number, current place of detention, and a contact person who can facilitate counsel's access to Petitioner;

   b. the statutory provision(s) under which Respondents assert the authority to detain Petitioner;

   c. whether, if the statutory provision under which Respondents assert the authority to detain Petition is 8 U.S.C. § 1225(b)(2)(A), there is any basis to distinguish this case from recent decisions from this Court concerning detention based on the same provision.  *See, e.g.*, *Yang v. Almodovar*, No. 25-CV-10265, 2025 WL 3678644 (S.D.N.Y. Dec. 18, 2025); *Cardenas v. Almodovar*, No. 25-CV-9169, 2025 WL 3215573 (S.D.N.Y. Nov. 18, 2025); *Tumba Huamani v. Francis*, No. 25-CV-8110, 2025 WL 3079014 (S.D.N.Y. Nov. 4, 2025); *Lopez Benitez v. Francis*, 795 F. Supp. 3d 475 (S.D.N.Y. 2025); *Barco Mercado v. Francis*, No. 25-CV-6582, 2025 WL 3295903 (S.D.N.Y. Nov. 26, 2025).  If not, whether Respondents would consent to issuance of the writ—subject to preservation of Respondents' arguments for appeal.  If there is a basis to distinguish, whether Respondents waive the right to submit an answer and consent to issuance of the writ subject to preservation of Respondents' arguments for appeal.

1

    d.   a copy of any final order of removal; and

    e.   any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings

(2) Unless and until the Court orders otherwise, Respondents shall file an answer to the Petition within **three business days of the date of this Order**; and

(3) Unless and until the Court orders otherwise, Petitioner shall file any reply within **ten business days of the date of this Order**.

The parties shall then appear for a telephonic case management conference with the Court on **April 3, 2026** at **12:00 p.m.**  Counsel should call (855) 244-8681 at the scheduled time. The attendee ID number is 2312 828 7066.

If this case has been settled or otherwise terminated, the parties are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* http://nysd.uscourts.gov/ecf_filing.php.

### CONCLUSION

Within **two business days of the date of this Order**, Respondents shall file a letter with the Court with the information described in this order.

The parties shall then appear for a telephonic case management conference with the Court on **April 3, 2026** at **12:00 p.m**.

SO ORDERED.

Dated:   March 31, 2026
         New York, New York

                         J. PAUL OETKEN
                         United States District Judge