UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARIEL EDUARDO MARCOS ALONSO,<br>Petitioner,<br>- against -<br>PAMELA BONDI, *et al.*,<br>Respondents. | **No. 26 Civ. 2586 (JPO)**<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL** |

WHEREAS, petitioner Ariel Eduardo Marcos Alonso ("Petitioner") filed this habeas corpus action pursuant to 28 U.S.C. § 2241 on March 30, 2026, challenging his detention; and

WHEREAS, U.S. Immigration and Customs Enforcement released Petitioner from detention on May 13, 2026, and placed him on an order of supervision;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action is hereby dismissed without prejudice and without costs or fees to any party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Maspeth, New York
June 12, 2026

MUSA-OBREGON LAW PC
*Attorney for Petitioner*

S. Michael Musa-Obregon, Esq.
55-21 69th Street, 2nd Floor
Maspeth, New York 11378
Tel. (718) 803-1000

New York, New York
June 12, 2026

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Respondents*

Brandon M. Waterman
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2743

So ordered.

The Clerk of Court is directed to close this case.

Date: June 15, 2026

SO ORDERED:

J. PAUL OETKEN
United States District Judge